

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2015

No. 04-15-00186-CR

Dianna Wyrick Rodriguez aka Dianna **RING**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6189
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant filed a pro se Notice of Appeal, stating she is appealing her conviction in trial cause number 2013-CR-6189. However, on March 9, 2015, the trial court dismissed that criminal action.

This court does not have jurisdiction to consider an appeal from an order dismissing a charging instrument. *See Potts v. State*, No. 14-14-00940-CR, 2014 WL 7172059, *1 (Tex. App.—Houston [1st Dist.] 2014, no pet.).

Therefore, appellant is ORDERED to show cause, in writing, <u>no later than April 13, 2015</u>, why this appeal should not be dismissed for want of jurisdiction. If appellant does not respond within the time provided, this appeal will be dismissed for want of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court